IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DEMOND EASTER | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv484 |
| C.V. RIVERA | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Demond Easter, an inmate at the Federal Correctional Complex in Beaumont, Texas, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. Petitioner filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes petitioner's objections are without merit and should be overruled. Petitioner hypothesizes that the state court might have denied his motion because it believed it lost authority to enter such order after the sentence was imposed. However, petitioner's objection is mere speculation and does not warrant relief. Further, petitioner has failed to show an abuse of discretion by the Bureau of Prisons. Accordingly, for these reasons and the reasons previously set forth in the report, petitioner is entitled to no relief.

### O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **5**   day of **August, 2016.**

_____
Ron Clark, United States District Judge